| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| J. Michael Hennigan (SBN 59491) <br> hennigan@mckoolsmithhennigan.com <br> Michael H. Swartz (SBN 163590) <br> mswartz@mckoolsmithhennigan.com <br> MCKOOL SMITH HENNIGAN, P.C. <br> 865 S. Figueroa Street, Suite 2900 <br> Los Angeles, CA 90017 <br> T: (213) 694-1200 F: (213) 694-1234 | |
| ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OAKTREE PRINCIPAL FUND V, LP, et al. <br><br> Plaintiff(s), <br> v. <br> WARBURG PINCUS LLC, et al. <br><br> Defendant(s) | CASE NUMBER: <br> 2:15-cv-8574 <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____plaintiffs_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiffs | Parties to the action. |

November 3, 2015                    /s/ J. Michael Hennigan
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

/s/ J. Michael Hennigan

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES