UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8574-PSG (MRWx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | OAKTREE PRINCIPAL FUND V, LP ET AL -VS- WARBURG PINCUS LLC ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Swartz<br>Kirk Dillman | Daniel Rubinstein / Laura Brill<br>Thomas Kessler / Avram Luft<br>David Scheper |

**Proceedings:**        STATUS CONFERENCE

The Court, having conferred with counsel regarding the stipulation, filed on September 21, 2018, approves the stipulation and sets the following dates:

| Discovery Cut-Off | Wednesday, October 31, 2018 |
|---|---|
| Opening Expert Witness Disclosure | Wednesday, November 21, 2018 |
| Rebuttal Expert Witness Disclosure | Friday, December 21, 2018 |
| Expert Discovery Cut-Off | Wednesday, January 23, 2019 |
| Last Day to File Motions for Summary Judgment | Friday, February 15, 2019 |
| Last Day to Oppose Motions for Summary Judgment | Friday, March 15, 2019 |
| Last Day for Replies to Motions for Summary Judgment | Wednesday, April 3, 2019 |
| Motion Hearing Date (1:30 p.m.) | Monday, April 15, 2019 |
| Final Pretrial Conference (2:30 p.m.) | Monday, June 10, 2019 |
| Jury Trial (9:00 a.m.) | Tuesday, June 25, 2019 |

|  | : | 01 |
|---|---|---|
| Initials of Preparer | wh | |