J. Michael Hennigan (SBN 59491)
hennigan@mckoolsmithhennigan.com
Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
Michael H. Swartz (SBN 163590)
mswartz@mckoolsmithhennigan.com
Robert J. King (SBN 302545)
rking@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OAKTREE PRINCIPAL FUND V, LP.; et al., <br><br>    Plaintiffs, <br><br> v. <br><br> WARBURG PINCUS LLC, et al., <br><br>    Defendants. | Case No. 2:15-cv-08574-PSG-MRWx <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Philip S. Gutierrez <br> Magistrate: Hon. Michael R. Wilner |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Oaktree Principal Fund V, L.P., Oaktree Principal Fund V (Parallel), L.P., Oaktree FF Investment Fund, L.P., DG Value Partners, L.P., DG Value Partners II Master Fund, L.P., Special Situations, LLC, Special Situations X, LLC, DW Catalyst Master Fund, Ltd. (f/k/a Brevan Howard Credit Catalysts Master Fund Limited), and DW Value Master Fund Ltd. (f/k/a Brevan Howard Credit Value Master Fund Limited) (together, "Plaintiffs") and Defendants Warburg Pincus LLC; Warburg Pincus Private Equity X, L.P.; Sean Carney and FTI Consulting, Inc. (together, "Defendants"), through their respective counsel, hereby stipulate to the dismissal of all claims asserted by Plaintiffs against Defendants in the above-captioned action with prejudice and without costs, attorneys' fees or disbursements to any party.

| | | |
|---|---|---|
| 1 | DATED: May 3, 2019 | MCKOOL SMITH HENNIGAN, P.C. |
| 2 | | |
| 3 | | By: ___*/s/ Michael Swartz*___<br>Michael Swartz |
| 4 | | |
| 5 | | Attorneys for Plaintiffs |
| 6 | DATED: May 3, 2019 | CLEARY GOTTLIEB STEEN & HAMILTON, LLP |
| 7 | | By: ___*/s/ Howard S. Zelbo*___<br>Howard S. Zelbo |
| 8 | | |
| 9 | | Attorneys for Defendants Warburg Pincus LLC, Warburg Pincus Private Equity X, L.P., and Sean Carney |
| 10 | | |
| 11 | | |
| 12 | DATED: May 3, 2019 | WINSTON & STRAWN LLP |
| 13 | | By: ___*/s/ Daniel Rubinstein*___<br>Daniel Rubinstein |
| 14 | | |
| 15 | | Attorneys for Defendant FTI Consulting, Inc. |

**ATTESTATION**

I, Michael Swartz, am the ECF User whose identification and password are being used to file the foregoing Stipulation in compliance with Civil Local Rule 5-4.3.4, and that concurrence in the filing of this document was obtained from the signatories to this document.

                                               */s/ Michael Swartz*
                                               Michael Swartz

McKool Smith Hennigan, P.C.
Los Angeles, CA