J. Michael Hennigan (SBN 59491)
hennigan@mckoolsmithhennigan.com
Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
Michael H. Swartz (SBN 163590)
mswartz@mckoolsmithhennigan.com
Robert J. King (SBN 302545)
rking@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiffs

E-FILED 5/6/19
JS-6

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

OAKTREE PRINCIPAL FUND V, LP.; et al.,

Plaintiffs,

v.

WARBURG PINCUS LLC, et al., ,

Defendants.

Case No. 2:15-cv-08574-PSG-MRWx

**STIPULATION OF DISMISSAL WITH PREJUDICE**;ORDER

Judge: Hon. Philip S. Gutierrez
Magistrate: Hon. Michael R. Wilner

McKool Smith Hennigan, P.C.
Los Angeles, CA

# STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Oaktree Principal Fund V, L.P., Oaktree Principal Fund V (Parallel), L.P., Oaktree FF Investment Fund, L.P., DG Value Partners, L.P., DG Value Partners II Master Fund, L.P., Special Situations, LLC, Special Situations X, LLC, DW Catalyst Master Fund, Ltd. (f/k/a Brevan Howard Credit Catalysts Master Fund Limited), and DW Value Master Fund Ltd. (f/k/a Brevan Howard Credit Value Master Fund Limited) (together, "Plaintiffs") and Defendants Warburg Pincus LLC; Warburg Pincus Private Equity X, L.P.; Sean Carney and FTI Consulting, Inc. (together, "Defendants"), through their respective counsel, hereby stipulate to the dismissal of all claims asserted by Plaintiffs against Defendants in the above-captioned action with prejudice and without costs, attorneys' fees or disbursements to any party.

DATED: May 3, 2019

MCKOOL SMITH HENNIGAN, P.C.

By: *\/s/ Michael Swartz*
Michael Swartz

Attorneys for Plaintiffs

DATED: May 3, 2019

CLEARY GOTTLIEB STEEN & HAMILTON, LLP

By: *\/s/ Howard S. Zelbo*
Howard S. Zelbo

Attorneys for Defendants Warburg Pincus LLC, Warburg Pincus Private Equity X, L.P., and Sean Carney

DATED: May 3, 2019

WINSTON & STRAWN LLP

By: *\/s/ Daniel Rubinstein*
Daniel Rubinstein

Attorneys for Defendant FTI Consulting, Inc.

**IT IS SO ORDERED.**

**DATED:** 5/6/19



**U.S. DISTRICT JUDGE**

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

## ATTESTATION

I, Michael Swartz, am the ECF User whose identification and password are being used to file the foregoing Stipulation in compliance with Civil Local Rule 5-4.3.4, and that concurrence in the filing of this document was obtained from the signatories to this document.

*/s/ Michael Swartz*
Michael Swartz

McKool Smith Hennigan, P.C.
Los Angeles, CA